Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY FABRICANT and CEDRIC CARSTENS**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**ATASH LLC d/b/a FUNDING ZONE**, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:21-cv-00052-PA-PLAx<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss this action without prejudice. Defendant has neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

///

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

- 1 -

1  Dated: February 16, 2021
2                              Respectfully Submitted,
3
4                              LAW OFFICES OF TODD M. FRIEDMAN, P.C.
5                              By:    /s/ Todd M. Friedman
                                      Todd M. Friedman
6                                     Law Offices of Todd M. Friedman, P.C.
7                                     Attorney for Plaintiff
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On February 16, 2021, I served a true copy of the NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE on all counsel of record via the ECF Filing System:

Executed on February 16, 2021

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: /s/ Todd M. Friedman
TODD M. FRIEDMAN, ESQ.
ATTORNEY FOR PLAINTIFF

Filed electronically on February 16, 2021, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to all parties indicated on the Court's filing receipt.

United States District Court
Central District of California

/s/Todd M. Friedman
Todd M. Friedman (216752)
Attorney for Plaintiff